IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GERALD CHRISTEN MILLER, AARON LADD CHARLTON, ARTHUR RAY PEOPLES, TROY DEAN SIMPSON, and JOSEPH FREDRICK PLOYHAR,<br><br>Defendant. | CR 26–08–M–DLC<br><br><br>ORDER |

Before the Court is Defendant Aaron Ladd Charlton's Unopposed Motion to Continue Trial. (Doc. 134.) The motion requests a continuance of the trial currently set for June 1, 2026, and corresponding pretrial deadlines. (*Id.* at 1.) The Government does not object, but Co-Defendants Arthur Ray Peoples and Joseph Frederick Ployhar object. (*Id.* at 1–2.)

IT IS ORDERED that Defendants Peoples and Ployhar shall respond to Defendant Charlton's motion explaining their respective positions on or before May 11, 2026.

DATED this 5th day of May, 2026.

Dana L. Christensen, District Judge
United States District Court