# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 26–08–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| GERALD CHRISTEN MILLER, TROY DEAN SIMPSON, JOSEPH FREDRICK PLOYHAR, AARON LADD CHARLTON, ARTHUR RAY PEOPLES, | |
| Defendants. | |

Before the Court is the United States' Opposed Motion to Continue Trial. (Doc. 157.) The Motion requests a continuance of the trial currently set for July 27, 2026, and corresponding pretrial deadlines. (*Id.* at 1.) Defendants Miller, Simpson, and Charlton and do not oppose this Motion; Defendants Ployhar and Peoples oppose. (*Id.* at 2.)

Accordingly, IT IS ORDERED that Defendants Peoples and Ployhar shall respond to the United States' Motion on or before July 17, 2026.

DATED this 13th day of July, 2026.

Dana L. Christensen, District Judge
United States District Court